UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH PULIZZANO,<br><br>  Petitioner,<br><br>  v.<br><br>DANIEL E. CUEVA,[1]<br><br>  Respondent. | No. 2:21-cv-0503 WBS CKD P<br><br><br>ORDER |

On June 7, 2021, respondent filed a motion to dismiss. Petitioner has indicated that he has not received a copy of the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall re-serve a copy of the June 7, 2021 motion to dismiss upon petitioner within seven days.

2. Petitioner shall file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days of service of the motion. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

/////

/////

---

[1] Pursuant to Rule 2(b) of the Rules Governing Section 2254 Cases, Warden Cueva, the warden at petitioner's place of incarceration, is hereby substituted as the respondent in the action.

3. Any reply brief shall be filed by respondent no later than twenty-one days after service petitioner's response.

Dated: October 27, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
puli0503.146(2)