UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH PULIZZANO,<br><br>Petitioner,<br><br>v.<br><br>JENNIFER BENAVIDEZ,<br><br>Respondent. | No.  2:21-cv-0503 WBS CKD P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

      In the operative amended petition for writ of habeas corpus, petitioner asserts he was denied effective assistance of counsel as guaranteed under the Sixth Amendment.  In his objections, petitioner asserts instances of ineffective assistance of counsel not raised in the amended petition which involve the failure to call witnesses including petitioner's wife, sister and unidentified character witnesses.  The court considers these new claims.  The court has discretion

to consider, but is not required to, claims presented for the first time in objections to findings and recommendations.  Brown v. Roe, 279 F.3d 742, 744–45 (9th Cir. 2002).  Here, the court declines to exercise that discretion as petitioner fails to indicate why the claims were not presented in his amended petition and it appears petitioner has not exhausted state court remedies with respect to the new claims, so relief is not available anyway.  28 U.S.C. § 2254(b)(1)(A).  In any case, with respect to the failure to call the witnesses identified above, plaintiff fails to satisfy either prong of the standard from Strickland v. Washington, 466 U.S. 668, 688 (1984) identified by the magistrate judge.

With respect to the findings made by the magistrate judge and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2023, are adopted in full;

2. Claims 1 and 3 in petitioner's amended petition for a writ of habeas corpus (ECF No. 24) are denied;

3. This case is closed; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  June 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

puli0503.805.hc

2